IN THE UNITED STATES DISTRICT COURT
	FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMERICAN INDUSTRIAL
STAFFING, INC.,

	Plaintiff,

v.                                          Civil Action No. 5:05cv94
                                                         (STAMP)
UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY,

	Defendants.


			**ORDER SCHEDULING STATUS CONFERENCE**

	The above-styled civil action was commenced on July 13, 2005 and an amended complaint was filed on March 30, 2006.  To date, the defendants have not filed an answer or otherwise responded to the amended complaint.  This Court finds that it would be beneficial to conduct a status conference in this case.  Accordingly, the parties are DIRECTED to appear, by counsel, for a status conference at the Wheeling, West Virginia point of holding court on **September 11, 2007 at 10:00 a.m.**

	The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior to the conference of his or her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court

of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: August 31, 2007

 /s/ Frederick P. Stamp, Jr.  
FREDERICK P. STAMP, JR.  
UNITED STATES DISTRICT JUDGE